

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00318-CR

Jacqueline Yvette **PARTIDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR1906W
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
                Adrian A. Spears II, Justice
                H. Todd McCray, Justice

Delivered and Filed: April 1, 2026

MOTION TO DISMISS GRANTED; DISMISSED

Partida's court-appointed appellate counsel filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). He informed Partida of her rights as described in *Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). This court subsequently set a deadline for Partida to file a pro se brief. Partida did not file a pro se brief. Rather, she has filed a "motion for abandonment of appeal" to which she has attached a signed declaration that she "never wanted to appeal" and "would like the court to dismiss the appeal."

We will construe this as a voluntary motion to dismiss. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a). All pending motions are denied as moot.

PER CURIAM